# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARK MILLER,

    Plaintiff,

v.

E.K. MCDANIEL, et al.,

    Defendants.

Case No. 3:06-CV-00077-KJD-VPC

**ORDER**

    Presently, the Court has before it the Report and Recommendation (#27) of U.S. Magistrate Judge Valerie P. Cooke entered January 11, 2007. In her report, Magistrate Judge Cooke recommends the denial of Plaintiff's Motion for Preliminary Injunction (#9). The parties had ten days from service of the Report and Recommendation to file objections to it. See 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(a). The time to file objections has passed and neither party has filed such. Moreover, the Court has reviewed the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 3-2(b). The Court determines that the Report and Recommendation of Magistrate Judge Valerie P. Cooke entered January 11, 2007 shall be adopted. Plaintiff's Motion for Preliminary Injunction (#9) lacks merit.

    Accordingly, IT IS HEREBY ORDERED that the Report and Recommendation (#27) of U.S. Magistrate Judge Valerie P. Cooke entered January 11, 2007 is **APPROVED** and **ADOPTED**.

1     IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction (#9) is
2 **DENIED**.
3     DATED this 1st day of February 2007.

                                          _____
                                          Kent J. Dawson
                                          United States District Judge